
Minute Order Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 2499 | **DATE** | 2/14/2002 |
| **CASE TITLE** | Justin Haddix vs. Yetter Manufacturing etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant Yetter Manufacturing Co. seeks a good faith finding with respect to its settlement with plaintiff and dismissal of all claims against it. That motion is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | 2\19\02 | 42 |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 FEB 15 AM 10:34 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN HADDIX, | ) |
| Plaintiff, | ) |
| vs. | ) No. 01 C 2499 |
| YETTER MANUFACTURING COMPANY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Defendant Yetter Manufacturing Co. (Yetter) seeks a good faith finding with respect to its settlement with plaintiff and dismissal of all claims against it. That motion is granted.

The settlement has a present value of $1,400,000. The plaintiff and Yetter represent that Yetter does not maintain a financial interest in the litigation, and we, having reviewed the proposed settlement agreement, agree. That agreement is an unconditional promise to pay, through a structured settlement, amounts having a present value of $1,400,000. There is nothing to suggest that the settlement is unreasonable, much less that it is the result of any fraud or collusion.

Accordingly, it is ordered that

1. this court finds that the settlement agreement between Yetter and plaintiff Justin Haddix was made in good faith in accordance with 750 ILCS 200/0.0L *et seq.*;

2. all claims pending against Yetter in plaintiff's complaint are hereby dismissed with prejudice, and without costs;

3. all claims sounding in contribution currently pending against Yetter by any party to the above-referenced litigation are hereby dismissed with prejudice, and without costs; and



4. all claims sounding in contribution by any party against Yetter with respect to the subject matter set forth in plaintiff's complaint be and hereby are forever barred.

There being no just reason to delay enforcement of, or appeal from, this order of dismissal and good faith finding, the motion of defendant Yetter Manufacturing Company is granted.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

_Feb. 14_, 2002.